**Fill in this information to identify the case:**

Debtor 1 __MARTHA LAURA VASQUEZ__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __SOUTHERN__ District of __TEXAS__
(State)

Case number __16-34543__

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** __FEDERAL NATIONAL MORTGAGE ASSOC.__    **Court claim no.** (if known): __11__

**Last 4 digits** of any number you use to identify the debtor's account:  __7463__

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes.  Date of the last notice: ____/____/____

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 01/19/2017 | (5) | $ 260.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify: PLAN REVIEW | 01/02/2017 | (11) | $ 390.00 |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | MARTHA LAURA VASQUEZ | Case number (*if known*) | 16-34543 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ Jonathan M. Williams                     Date  02/08/2017
Signature

Print:  JONATHAN M. WILLIAMS              Title  ATTORNEY
        First Name   Middle Name   Last Name

Company:  MARINOSCI & BAXTER

Address:  14643 DALLAS PARKWAY, STE 750
          Number       Street
          DALLAS, TX  75254
          City              State   ZIP Code

Contact phone ( 972 ) 331-2300            Email  jwilliams@mlg-defaultlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on Debtor via deposit in the United States Mail at the address listed on PACER as of the date of this filing, and on Debtor's counsel and the Chapter 13 Trustee via electronic notice.

>*/s/ Marlo Green*
>Marlo Green, Paralegal
>Marinosci & Baxter